**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

YANSY CAROLINA BLANCO DE
VILLATORO,

     *Petitioner*,

v.

PAMELA BONDI, *et al.*,

     *Respondents.*

Case No. 26-cv-493-ABA

**ORDER**

For the reasons explained in the accompanying memorandum opinion, the Court

ORDERS as follows:

1. Petitioner's motion to enforce (ECF No. 9) is DENIED;

2. Respondents' motion to dismiss (ECF No. 14) is GRANTED;

3. The case is DISMISSED;

4. The Clerk is directed to lift the access restrictions placed upon ECF Nos. 6, 9, 9-1, 9-3, 9-6, 14, and 15. Restrictions should not be lifted for the exhibits attached to ECF No. 9 aside from three referenced attachments (9-1, 9-3, and 9-6).

5. The Clerk is directed to mark the case as CLOSED.

Date:  June 5, 2026

                                                             */s/*
                                          Adam B. Abelson
                                          United States District Judge